UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-CV-22-SPM |
| | ) | |
| SSM HEALTH CARE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Consent Motion to Extend Time to Respond to the Petition (Doc. 8) filed by Defendant SSM Health Care Corporation d/b/a SSM Health ("SSM Health"). For the reasons stated in the motion,

**IT IS HEREBY ORDERED** that the Consent Motion to Extend Time to Respond to the Petition (Doc. 8) is **GRANTED**. Defendant SSM Health shall answer, move to dismiss, or otherwise respond to the Petition by no later than **thirty (30) calendar days** from final resolution of any motion to remand this action to the Circuit Court of the City of St. Louis.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of January, 2023.