**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, individually and on behalf of all other similarly situated, | ) | |
| Plaintiff | ) | Case No. 4:23-cv-00022-SRC |
| v. | ) | |
| SSM HEALTH CARE CORPORATION, d/b/a SSM Health, | ) | Chief Judge Stephen R. Clark |
| Defendant. | ) | |

**DEFENDANT SSM HEALTH'S EMERGENCY MOTION FOR TEMPORARY STAY OF REMAND ORDER, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 62(A)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, SSM Health Care Corporation d/b/a SSM Health, which hereby moves the Court to temporarily stay the Court's remand order for thirty-days under Federal Rule of Civil Procedure Rule 62(a), and to recall any remand letter that may have been issued. The reasons for this motion are set forth in the accompanying memorandum in support. SSM Health has conferred with Doe's counsel, who indicate that they oppose the relief sought through this motion.

**WHEREFORE**, defendant SSM Health Care Corporation d/b/a SSM Health, respectfully requests that the Court grant this motion, thereby temporarily staying the Court's remand order for thirty-days under Federal Rule of Civil Procedure Rule 62(a) and recalling any remand letter that may have been issued.

Dated: August 22, 2023

Respectfully Submitted,

*/s/ David A. Carney*

Paul G. Karlsgodt
(*Admitted to practice in ED Mo; Col # 29004*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: 303.861.0600
Email: pkarlsgodt @ bakerlaw.com

David A. Carney
(*Admitted to practice in ED MO; Ohio # 79824)*
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Email: dcarney@bakerlaw.com

John D. Comerford
Adam J. Simon
DOWD BENNETT LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: 318.227.2270
Email: jcomerford@dowdbennett.com
asimon@dowdbennett.com

*Attorneys for Defendant*
*SSM Health Care Corporation*
*d/b/a SSM Health*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 22, 2023, a true and correct copy of the foregoing *Emergency Motion for Temporary Stay* was served on counsel of record via the Court's electronic filing system.

*/s/ David A. Carney*___________________
*Counsel for Defendant*
*SSM Health Care Corporation*
*d/b/a SSM Health*