**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JACQUELINE HORTON** — **CIVIL ACTION NO. 23-cv-314**

**VERSUS** — **JUDGE TERRY A. DOUGHTY**

**WILLIS-KNIGHTON MEDICAL CENTER** — **MAGISTRATE JUDGE PEREZ-MONTES**

# ORDER

After consideration of Defendant Willis-Knighton Medical Center's Emergency Motion for Temporary Stay of Remand Order Pursuant to Federal Rules of Civil Procedure 62(A) ("Motion for Stay"), [Doc. No. 43],

**IT IS HEREBY ORDERED** that the Motion for Stay [Doc. No. 43] is **GRANTED.** Accordingly, the Judgment [Doc. No. 41] is **STAYED** for thirty days, or until September 20, 2023, and the Notice of Remand [Doc. No. 42] is hereby **VACATED.**

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 21st day of August, 2023.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**