**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PEBBLES MARTIN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,** ***PLAINTIFF*** | * | **CIVIL ACTION NO. 23-411** |
| | * | **JUDGE SUSIE MORGAN SECTION E** |
| **VS.** | * | **MAGISTRATE JUDGE KAREN WELLS ROBY DIVISION 4** |
| **LCMC HEALTH HOLDINGS, INC., ET AL.,** ***DEFENDANTS*** | * | |
| | * | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing Emergency Motion for Temporary Stay of Remand Order, Pursuant to Federal Rules of Civil Procedure Rule 62(a);

**IT IS ORDERED** that the Motion for Temporary Stay is **GRANTED**. The Order of Remand (Dkt. # 40), which is appealable pursuant to 28 U.S.C. § 1447(d), is stayed until August 4, 2023, pursuant to Federal Rule of Civil Procedure 62.

**New Orleans, Louisiana, this 13th day of July, 2023.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**