**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN MOHR,**<br>***for himself and others similarly situated,***<br>***Plaintiffs,***<br><br>**v.**<br><br>**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br>***Defendant.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br><br><br>**NO. 23-cv-731** |

**ORDER**

**AND NOW**, this **24th** day of **April 2023**, upon review of Defendant's Emergency Motion for Temporary Stay of Remand Order (ECF No. 18), the Clerk's Office is hereby **ORDERED** that the Order of Remand (ECF No. 17), which is appealable pursuant to 28 U.S.C. § 1447(d), is stayed for 30 days pursuant to Federal Rule of Civil Procedure 62.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**