**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, individually and on behalf of all other similarly situated, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 4:23-cv-00022-SRC |
| SSM HEALTH CARE CORPORATION, d/b/a SSM Health, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Considering the above and foregoing Emergency Motion for Temporary Stay of Remand Order, Pursuant to Federal Rules of Civil Procedure Rule 62(a):

**IT IS HEREBY ORDERED** that the Motion for Temporary Stay is Granted. Accordingly, the Clerk's Office is hereby **ORDERED** that the Memorandum and Order of Remand (Dkt. # 28), which is appealable pursuant to 28 U.S.C. § 1447(d), is stayed for 30 days pursuant to Federal Rule of Civil Procedure 62.

So Ordered this ___________ day of ___________________ 2023.

_______________________________________
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT COURT JUDGE