UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:23-cv-00022-SRC |
| SSM HEALTH CARE CORPORATION, d/b/a SSM Health, | ) ) ) ) |
| Defendant. | ) ) |

### Order

Defendant SSM Health moves pursuant to Federal Rule of Civil Procedure Rule 62(a) for the Court to temporarily stay its Order remanding the case to the Circuit Court for the City of St. Louis.  SSM notes that Doe does not consent to the requested relief.  Having reviewed the statutes and cases SSM cites in support of its motion, the Court stays the order of remand until September 21, 2023—30 days after the date the Court entered the order.  The Court orders this stay provisionally to allow Doe, if he wishes, to oppose the motion.  If Doe wishes, he may file a brief in opposition to SSM's motion by August 28, 2023.  If Doe files this response, SSM may file its reply by August 31, 2023.  The Court recalls the notice of remand sent to the Circuit Court for the City of St. Louis.

So Ordered this 23rd day of August 2023.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE